IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01489-BNB

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG 0 1 2006

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

GMAC MORTGAGE CORPORATION,

    Plaintiff,

v.

KEITH PARIS, and any and all other occupants claiming an interest under the defendant,

    Defendant.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Notice of Removal. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) _X_ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application

(8) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) \_\_ other _____

**Complaint or Petition:**
(10) \_\_ is not submitted
(11) \_\_ is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the Plaintiff
(13) \_\_ is incomplete
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___ day of _____, 2006.

BY THE COURT:

_____
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01489-BNB

Keith Paris
19371 East Eldorado Avenue
Aurora, CO 80013

I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 8/1/06

GREGORY C. LANGHAM, CLERK

By: /s/
   Deputy Clerk