IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01489-BNB
(Removal from District Court, Arapahoe County, State of Colorado, *GMAC Mortgage Corp. v. Paris*, Case No. 2006-CV-000417)

KEITH PARIS,

    Petitioner (Defendant below)

v.

GMAC MORTGAGE CORPORATION,

    Respondent (Plaintiff below).

---

## ORDER FOR SUMMARY REMAND

Petitioner Keith Paris has filed a *pro se* "Notice of Removal of Case to United States District Court Pursuant to Title 28 U.S.C. § 1441(a) and (b)." Mr. Paris also has paid the $350.00 filing fee. Mr. Paris apparently seeks to remove to this Court a civil case filed in the Arapahoe County District Court. This Court must construe the Notice of Removal liberally because Mr. Paris is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Court has reviewed the Notice of Removal and finds that it is deficient because Mr. Paris fails to include "a copy of all process, pleadings, and orders served upon such defendant . . . in such action." 28 U.S.C. § 1446(a).

Furthermore, the state action at issue in this case was filed on January 25, 2006. (Notice at Attachs.) Mr. Paris filed an answer and made an appearance in the action on February 21, 2006. (Notice at Attachs.) Mr. Paris, therefore, has failed, as required

under 28 U.S.C. § 1446(b) to file the Notice of Removal in a timely manner. Because Petitioner has failed to comply with § 1446 this action will be remanded to the Arapahoe County District Court. Accordingly, it is

ORDERED that this action is remanded summarily to the Arapahoe County District Court. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this Order to the Clerk of the Arapahoe County District Court, Ms. Tammy L. Herivel, 7325 South Potomac Street, Centennial, CO 80112. It is

FURTHER ORDERED that Plaintiff's Motion to Dismiss, filed September 5, 2006, is denied as moot.

DATED at Denver, Colorado, this 19 day of Sept., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01489-BNB

Keith Paris
19371 East Eldorado Avenue
Aurora, CO 80013

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/20/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk