# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01489-BNB
(Removal from District Court, Arapahoe County, State of Colorado, GMAC Mortgage Corp. v. Paris, Case No. 2006-cv-000417)

KEITH PARIS,

    Petitioner (Defendant below),

v.

GMAC MORTGAGE CORPORATION,

    Respondent (Plaintiff below).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2006

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Petitioner Keith Paris is directed to respond to Respondent's Motion to Amend Order for Summary Remand within ten days of the date of the instant order.

Dated: September 26, 2006

Copies of this Minute Order mailed on September 26, 2006, to the following:

Keith Paris
19371 E. Eldorado Drive
Aurora, CO 80013-3718

Jennifer M. Griest
Attorney at Law
**DELIVERED ELECTRONICALLY**

                                                Secretary/Deputy Clerk