# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01489-BNB
(Removal from District Court, Arapahoe County, State of Colorado, GMAC Mortgage Corp. v. Paris, Case No. 2006-cv-000417)

KEITH PARIS,

    Petitioner (Defendant below),

v.

GMAC MORTGAGE CORPORATION,

    Respondent (Plaintiff below).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Petitioner Keith Paris' "Request for Rule 52 on This Court's Order of November 2, 2006," filed December 4, 2006, is denied.

Dated: December 13, 2006

Copies of this Minute Order mailed on December 13, 2006, to the following:

Keith Paris
19371 E. Eldorado Drive
Aurora, CO 80013-3718

Jennifer M. Griest
Attorney at Law
**DELIVERED ELECTRONICALLY**

                                                  Secretary/Deputy Clerk